DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
J. GUADALUPE MURILLO-MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 10-504-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| J. GUADALUPE MURILLO- ) | DATE: February 11, 2011 |
| MONTANEZ, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Garland E. Burrell Jr. |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, J. GUADALUPE MURILLO-MONTANEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, January 21, 2011 be continued to Friday, February 11, 2011 at 9:00 a.m..

This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order

1 through the date of the status conference set for February 11, 2011
2 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare]
3 (Local Code T4).
4
5 DATED: January 19, 2011          Respectfully submitted,
                                   DANIEL J. BRODERICK
6                                  Federal Defender

7                                  /S/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
8                                  Assistant Federal Defender
                                   Attorney for Defendant
9                                  J. GUADALUPE MURILLO-MONTANEZ
10
11 DATED: January 19, 2011         BENJAMIN B. WAGNER
                                   United States Attorney
12
                                   /s/ Benjamin Galloway for
13                                 MICHELE BECKWITH
                                   Assistant U.S. Attorney
14                                 Attorney for Plaintiff
15
16
17
                                **O R D E R**
18
   **IT IS SO ORDERED.**  Time is excluded from today's date through and
19
including February 11, 2011, in the interests of justice pursuant to 18
20
U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
21
T4.
22
Dated:  January 19, 2011
23
                              _____
24
                              GARLAND E. BURRELL, JR.
25                            United States District Judge
26
27
28