DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
J. GUADALUPE MURILLO-MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J. GUADALUPE MURILLO- ) <br> MONTANEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ | Cr.S. 10-504-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> DATE: February 18, 2011 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, J. GUADALUPE MURILLO-MONTANEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, February 11, 2011 be continued to a status conference/change of plea for Friday, February 18, 2011 at 9:00 a.m..

This continuance is being requested as the parties have reached a resolution in this matter, but defense counsel needs one additional week to review the revised pre-plea probation report and finalized plea agreement with Mr. Murillo-Montanez.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for February 18, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 8, 2011   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
J. GUADALUPE MURILLO-MONTANEZ

DATED: February 8, 2011   BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 18, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: February 8, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2